SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6552
Email: tamer.botros@usdoj.gov
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR MANUEL TORRES REVUELTO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOES I – X, and ROE CORPORATION I – X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00072-RFB-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Plaintiff and Defendant, through their undersigned counsel, stipulate that this action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 17th day of July 2025.

| | |
|---|---|
| ER INJURY ATTORNEYS | SIGAL CHATTAH<br>United States Attorney |
| */s/ Justin G. Randall*<br>JUSTIN G. RANDALL<br>*Attorneys for Plaintiff* | */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>*Assistant United States Attorney*<br>*Attorneys for Defendant* |

**IT IS SO ORDERED:** _/s/_

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 18, 2025